William MORRISON, Appellant,

v.

## DIVISION OF EMPLOYMENT SECURITY, Respondent.

### No. WD 71513.

Missouri Court of Appeals, Western District.

May 4, 2010.

William Morrison, Appellant pro se.

Larry R. Ruhmann, Jefferson City, MO, for respondent.

Before Division Three: JAMES M. SMART, JR., Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

William Morrison appeals the Labor and Industrial Relations Commission's order finding that he had committed misconduct and was, therefore, disqualified from receiving unemployment compensation benefits.

We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.